UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIUS MURPHY, | : |
| Petitioner, | : Civ. No. 14-4268 (KM) |
| v. | : MEMORANDUM & ORDER |
| PATRICK NOGAM, et al., | : |
| Respondents. | : |

Before the Court is the Petitioner's "Motion to Supplement the Record" on this habeas petition pursuant to 28 U.S.C. § 2254 (ECF no. 29). The Respondent has opposed the motion. (ECF no. 31) The proffered material consists of a supplemental pleading, entitled "Supplement Submission to Petitioner's Traverse." (ECF no. 30) It is essentially a 4-page supplemental brief, in which the Petitioner cites to state court transcripts and argues inferences from what is said there. I will permit this additional *pro se* submission and consider it in connection with deciding the merits.

Accordingly, IT IS this 6th day of April, 2016,

ORDERED that petitioner's motion is GRANTED and that the supplemental submission (ECF no. 30) will be considered.

The clerk shall serve this order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge